Official Form 17
(12/04)

# United States Bankruptcy Court

**Southern** District of **NY**

RECEIVED JUN 2 8 2007

In re **Silicon Graphics**
Debtor

Case No. **06-10977**

Chapter **11**

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

Mailed

**William Kuntz III**, the ~~plaintiff~~ [or defendant or other party] appeals ~~under 28 U.S.C.~~ ~~§ 158(a)(b)~~ from the judgment, order, or decree of the bankruptcy judge (describe) ~~an adversary~~ proceeding [or other proceeding, describe type] on the **21st** day of **June 2007**.
                                                                                                (month)      (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Barry Weinert, Esq.;
Silicon Graphics, Inc., 1500 Crittenden Lane,
Mountain View, CA 94043

David Neier, Esq.
counsel to the statutory committee of unsecured creditors
Winston & Strawn LLP,
200 Park Avenue, New York, New York 10166

U.S. Trustee,
(Attention: Lisa L. Lambert)
33 Whitehall Street, 21st Floor, New York, New York 10004

Gary T. Holtzer, Esq. and Shai Y. Waisman, Esq.
Weil, Gotshal & Manges LLP
, attorneys for the Debtors
, 767 Fifth Avenue, New York, New York 10153.

Dated: **June 26, 2007**

Signed: _____
~~Attorney~~ for Appellant (or Appellant, if not represented by an Attorney)

~~Attorney~~ Name: **William Kuntz III**

Address: **25 Apricot Farm Rd**
**Hopkinton, Mass 01748**

Telephone No: **508-435-1818**

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*