

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NY

In Re: Silicon Graphics, Inc, et al      Case 06-10977 <brl> ch 11
                    Debtor

### DESIGNATION OF ISSUES AND RECORD ON APPEAL

Appellant, William Kuntz,III who appears here *Pro Se* without Benefit of having access to the Docket of the Debtor[1]
Designates the following
Record
1>Motion<s> of Appellant
2>Proofs of Service and Returned Mail Notification
3>Notice of Appeal
4>Docket of cray computer in us bankruptcy court in Denver
5>Docket of cray computer appeals in us district court in Denver
7>Docket of cray computer appeals in us court of appeals in Denver
7>Docket of cray research case in us court of international trade in new york city
Issues
a>that Debtor's Counsel was late in service of it's papers and hence they should be ignored
b>that there is no accurate definition of the word Monitor suitable for this Case
c>that the Debtor SGI disconnected its internet page access to
    the bankruptcy court just after confirmation.
d>that the debtor and debtors agents were aware of Appellants interest in his claim and had his electronic mail address.

---

[1] Appellant does not have Pacer, nor was W,G&M able to provide access and due to the heat emergency declared by the Mayor of NYC did not think it wise to travel to NYC for this Designation.

e> that the lead attorney for the Creditors Committee was aware of Appellant's absence from the United States in Greece at the time of the filing of the Claims Objection and had his electronic address.

f> that the Objection process is fundamentally flawed in that it does not provide for a simple acknowledgement form of it's timely receipt

g> that the Court erred in denying Appellant's Motion to reinstate his ~~Appeal~~ Claim

h> that Counsel for the Debtor's misstated that Appellant was a shareholder in SGI

Respectfully,

William Kuntz, III
c/ 25 Alprilla Farm Rd
Hopkinton, Mass 01748
508-435-5858
kuntzwm1@yahoo.com <not for service of papers>

July 10, 2007
Nantucket