WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer, Esq. (GH 7732)
Stephen A. Youngman, Esq. (*pro hac vice*)
Shai Y. Waisman, Esq. (SW 6854)

Attorneys for Debtors and
Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                           :
                                                                :     **Chapter 11 Case No.**
                                                                :
SILICON GRAPHICS, INC., et al.,                                 :     **06 - 10977 (BRL)**
                                                                :
                          Debtors.                              :     **(Jointly Administered)**
                                                                :
---------------------------------------------------------------x

**COUNTER-DESIGNATION OF RECORD ON**
**APPEAL OF MEMORANDUM DECISION DENYING**
**MOTION OF WILLIAM KUNTZ III FOR AN ORDER**
**REINSTATING HIS PROOF OF CLAIM [DOCKET NO. 877]**
**AND ORDER DENYING MOTION OF WILLIAM KUNTZ, III FOR**
**AN ORDER REINSTATING PROOF OF CLAIM NO. 792 [DOCKET NO. 878]**

Silicon Graphics, Inc. and its direct and indirect subsidiaries in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors" and as reorganized, the "Reorganized Debtors"), pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), counter-designate the following items to be included in the record on appeal from a decision and order of the United States Bankruptcy Court of the Southern District of New York (per the Honorable Burton R. Lifland) (the "Bankruptcy Court"), in response to the designation of issues and record on appeal filed William Kuntz, III on July 18, 2007 [Docket No. 885]:

- o  Memorandum Decision Denying Motion of William Kuntz III For An Order Reinstating His Proof Of Claim, dated June 20, 2007 [Docket No. 877] (the "Memorandum and Decision"); and

- o  Order Denying Motion of William Kuntz, III For An Order Reinstating Proof Of Claim No. 792, dated June 20, 2007 [Docket No. 878] (the "Order").

The Memorandum and Decision and Order were entered in connection with the Bankruptcy Court's decision on the motion dated June 1, 2007 of William Kuntz, III for an order reinstating proof of claim no. 792.

## COUNTER-DESIGNATION OF RECORD

The Reorganized Debtors hereby counter-designate the following items to be included in the record on appeal:

| Document No | Docket No. | Description |
| --- | --- | --- |
| 1 | 607 | Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, as Modified, and Amended Plan Supplement Thereto |
| 2 | 540 | Affidavit of William Kuntz, III in Opposition |
| 3 | 632 | Order Confirming Debtors' First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, As Modified |
| 4 | 756 | Objection /Reorganized Debtors' Fourth Omnibus Objection to Proofs of Claims Comprised of (i) Duplicate Claims, (ii) Amended and Superseded Claims, (iii) No Record of Liability Claims, (iv) Overstated Claims, (v) Liabilities Already Paid, (vi) Claims to be Reduced and/or Reclassified, (vii) Equity-Based Claims, and Claims to be Reduced and Classified Against Different Debtor |
| 5 | 767 | Affidavit of Service by Bankruptcy Services, LLC (related document(s) 755, 756) filed by Gary Holtzer on behalf of Silicon Graphics, Inc. |
| 6 | 788 | Order signed on 1/9/2007 Granting Reorganized Debtors' Fourth Omnibus Objection To Proofs Of Claims Comprised Of (i) Duplicate Claims, (ii) Amended And Superseded Claims, (iii) Claims Not Reflected In The Debtors? Books And Records, (iv) Overstated Claims, (v) Liabilities Already Paid, (vi) Claims To Be Reduced And/Or Reclassified, (vii) Equity-Based Claims, And (viii) Claims To Be Reduced And/Or Reclassified Against Different Debtor (Related Doc # 756) |
| 7 | 874 | Objection / Reorganized Debtors' Objection to Motion of William Kuntz, III for an Order Reinstating Proof of Claim (related document(s) 872) filed by Shai Waisman on behalf of Silicon Graphics, Inc. |
| 8 | 875 | Affidavit of Service by I. Rodriguez (related document(s) 874) filed by Shai Waisman on behalf of Silicon Graphics, Inc. |

| Document No | Docket No. | Description |
|---|---|---|
| 9 | 877 | Memorandum Decision signed on 6/20/2007 Denying Motion of William Kuntz III for an Order Reinstating His Proof of Claim |
| 10 | 878 | Order signed on 6/20/2007 Denying Motion of William Kuntz, III for an Order Reinstating Proof of Claim No. 792 |
| 11 | 884 | Transcript of hearing on Motion, dated June 20, 2007 |

Dated:     July 27, 2007
           New York, New York

                                                  /s/ Shai Y. Waisman
Gary T. Holtzer, Esq. (GH 7732)
Stephen A. Youngman, Esq. (*pro hac vice*)
Shai Y. Waisman, Esq. (SW 6854)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR THE DEBTORS
AND REORGANIZED DEBTORS