WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer, Esq. (GH 7732)
Stephen A. Youngman, Esq. (*pro hac vice*)
Shai Y. Waisman, Esq. (SW 6854)

Attorneys for Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11 Case No.** |
| | : | |
| **SILICON GRAPHICS, INC.,** *et al.*, | : | **06- 10977 (BRL)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

State of New York    )
                     )    ss.:
County of New York  )

Ilusion Rodriguez, being duly sworn, hereby deposes and says:

1.       I am over 18 years of age and am not a party to the above-

captioned proceedings.  I am employed by Weil, Gotshal & Manges LLP, having offices

at 767 Fifth Avenue, New York, New York 10153.

2.       On the 19th day of November 2007, I caused a true and correct

copy of the following pleadings to be served upon the parties listed on Exhibit A by

Federal Express mail and Hand Delivery.

2

✓ **Appellees' Brief In Response To Opening Brief Of William Kuntz, III [Docket No. 6]**

✓ **Declaration of Shai Y. Waisman**

/s/ Ilusion Rodriguez
Ilusion Rodriguez

Sworn to before me this
21st day of November 2007

/s/ Heather L. Aaronson
HEATHER L. AARONSON
Notary Public, State of New York
No. 01AA6117801
Qualified in New York County
Commission Expires Nov. 1, 2008

**Service List**

**Exhibit A**

**Via Federal Express Mail:**

William Kuntz, III
c/25 Alprilla Farm Rd
Hopkinton, Mass 01748

**Via Hand Delivery:**

Hon. Deborah A. Batts
c/o Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2510
New York, NY 10007